Drew L. Johnson
Kathryn Tassinari
sherwoodreese@comcast.net
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**KEVIN A. HORNBUCKLE,**

    Plaintiff,

vs.

Commissioner of Social Security Administration,

    Defendant.

Case No. 6:13-CV-00679-CL

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $7020.25 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). The net requested herein, less the EAJA fee awarded of $3896.78, is $3123.47, and Defendant shall pay this

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) - 1

amount to Plaintiff's counsel, less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

IT IS SO ORDERED this day of June 24, 2016.

_____
U.S. District Judge/Magistrate Judge

PRESENTED BY:

By:  /s/ DREW L. JOHNSON
     Drew L. Johnson, OSB #75200
     Of Attorneys for Plaintiff

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -    2